UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JEN SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 15-14239-ADB |
| | * | |
| UNITED STATES, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| | * | |

ORDER

BURROUGHS, D.J.

In a memorandum and order dated May 12, 2016 [ECF No. 5], the Court directed *pro se* litigant Jen Smith to show cause why this action should not dismissed.  The Court warned her that failure to comply with this directive would result in dismissal of the case.

Smith has not responded to the Court's order and the time for doing so has expired. Accordingly, for the reasons set forth in the May 12, 2016 memorandum and order, this action is DISMISSED.

**SO ORDERED.**

July 13, 2016                               /s/ Allison D. Burroughs
                                            ALLISON D. BURROUGHS
                                            UNITED STATES DISTRICT JUDGE